(Republished)

■ The People of the State of New York, Respondent, v Lawrence Carpenter, Appellant.—Judgment, Supreme Court, New York County, rendered on March 17, 1978, unanimously affirmed. The order of this court entered on April 22, 1980 [75 AD2d —] is hereby vacated. No opinion. Concur—Birns, J. P., Fein, Sandler, Markewich and Bloom, JJ.

■ Henry Manley, III, Respondent, v Pandick Press, Inc., Appellant. —The motion for reargument is granted and upon reargument the order of this court entered February 14, 1980 is adhered to. We are now advised that several invoices referred to in our memorandum decision as having been billed subsequent to May 31, 1978 were in fact billed on or before that date, and we acknowledge that correction. This, however, does not alter our essential finding that the record is insufficient to establish an accord and satisfaction as a matter of law so as to entitle defendant to summary judgment. The motion for leave to appeal to the Court of Appeals is denied. Concur—Murphy, P. J., Kupferman, Birns, Sandler and Sullivan, JJ.

■ The People of the State of New York, Plaintiff, v Miguel Gonzalez, Defendant.—Motion for reargument granted and, upon reargument, this court adheres to its determination contained in the order entered on February 26, 1980. Concur—Murphy, P. J., Fein, Silverman and Bloom, JJ.

■ Dominic S. Rinaldi, v Viking Penguin, Inc. et al.—Motion, insofar as it seeks leave to appeal to the Court of Appeals, granted and insofar as it seeks continuation of a stay of plaintiff's discovery, the motion is granted subject to modification by the Court of Appeals. [101 Misc 2d 928.] Concur—Kupferman, J. P., Sullivan, Lupiano, Silverman and Bloom, JJ.